BARRY J. PORTMAN
Federal Public Defender
DAVID W. FERMINO
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-318 MMC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING |
| vs. | |
| PRINCE JOHNSON, | |
| Defendant. | |

Due to an increasing amount of discovery that continues to be exchanged between the parties, we hereby stipulate that the sentencing date set for March 1, 2006 be move to April 5, 2006 at 2:30 p.m.

Dated: \_\_\_\_/S/_____
DAVID W. FERMINO
Counsel for Defendant Johnson

Dated: \_\_\_\_/S/_____
THOMAS P. MAZZUCCO
Assistant United States Attorney

**IT IS SO ORDERED**:

Dated: February 28, 2006

_____
MAXINE M. CHESNEY
United States District Court Judge

Stip and Order to Continue Sentencing Date          1