1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  A Law Corporation
   700 Montgomery Street
3  San Francisco, CA 94111
   T: (415) 982-2600
4  F: (415) 358-4562
   gerilynngreen@gmail.com
5

6  Attorney for Defendant:
   PRINCE THEO JOHNSON
7

8

9              IN THE UNITED STATES DISTRICT COURT

10         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,    )   No. CR 07-0156 MMC and CR 05-0318 MMC
                                )
14         Plaintiff,            )   STIPULATION AND [PROPOSED]
                                )   ORDER CONTINUING SENTENCING
15    vs.                        )   HEARING FROM SEPTEMBER 15, 2008
                                )   TO OCTOBER 1, 2008
16                              )
   PRINCE THEO JOHNSON,         )
17                              )
           Defendants.           )
18 _____)

19
       The matter is presently on this Court's calendar for judgment and sentence on September 17,
20
   2008 at 2:30 p.m. Defense counsel has made repeated attempts to obtain documents necessary for a
21
   full and fair sentencing hearing. The documents have been next to impossible and in some cases,
22
   impossible to obtain. It has been reported to my office by the custodian of certain medical records that
23
   they have indeed been sent from their storage facility. However, I have yet to receive them.
24
       Consequently, the parties, by and through their attorneys of record, hereby stipulate and request
25
   the Court to continue the sentencing date to October 1, 2008, at 2:30 p.m., to allow him to obtain the
26
   documents and other evidence necessary to proceed to sentencing hearing.
27
   IT IS SO STIPULATED.
28

Stipulation and Proposed Order- U.S. v. Johnson  CR 07-0156 MMC

1  DATED: September 15, 2008

2                                          /s/_____
                                           WILLIAM FRENTZEN
3                                          Assistant United States Attorney

4  DATED: September 15, 2008

5                                          /s/_____
                                           GERI LYNN GREEN
                                           Attorney for Prince Johnson
6

7  IT IS SO ORDERED.

   DATED: September 16, 2008
8
                                           _____
9                                          THE HON. MAXINE M. CHESNEY
                                           United States Chief District Judge
10

11  C:\Documents and Settings\Geri\Desktop\stip_to_continue_J_AND_S.wpd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order- U.S. v. Johnson  CR 07-0156 MMC