1  GERI LYNN GREEN (SBN 127709)
   Law Offices of Geri Lynn Green, LC
2  A Law Corporation
   700 Montgomery Street
3  San Francisco, CA 94111
   T: (415) 982-2600
4  F: (415) 358-4562
   gerilynngreen@gmail.com
5

6  Attorney for Defendant:
   PRINCE THEO JOHNSON
7

8

9               IN THE UNITED STATES DISTRICT COURT

10           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,        )   No.  CR 07-0156 MMC  and CR 05-0318 MMC
                                     )
14          Plaintiff,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING SENTENCING
15          vs.                       )   HEARING FROM OCTOBER 1, 2008 TO
                                     )   OCTOBER 22, 2008  NOVEMBER 12, 2008
16                                   )
    PRINCE THEO JOHNSON,             )
17                                   )
            Defendants.               )
18  _____)

19
        The matter is presently on this Court's calendar for judgment and sentence on October 1, 2008
20
    at 2:30 p.m.  It is herein requested that the sentencing hearing be postponed to October 22, 2008 for the
21
    following reasons.  Defense counsel, after having made repeated attempts to obtain documents
22
    necessary for a full and fair sentencing hearing, has finally obtained various records.  While preparing
23
    the sentencing memorandum for presentation to the court, counsel became aware *for the first time* that
24
    Defendant, Mr. Johnson, suffers from a serious mental health disorder.   Defense counsel apologizes to
25
    the Court for this late revelation, but hours of face to face interviews with Mr. Johnson along with
26
    numerous telephone conferences failed to reveal this problem.  While Mr. Johnson repeatedly engaged
27
    in suicide attempts, and self-mutilation, causing him to be involuntarily committed and housed in a
28

Stipulation and Proposed Order- U.S. v. Johnson  CR 07-0156 MMC

protected environment, defense counsel was never informed.  Mr. Johnson is extremely stoic in his presentation, presenting with an extremely flat affect, and he did not mention the various involuntary commitments/hospitalizations he had endured while in custody.   Indeed, it appears that the medical professionals were also perplexed which accounts for the numerosity of the suicide attempts while in custody.

What the records we have been able to obtain make clear is that Mr. Johnson suffers from Major Depression with an unspecified form of Psychotic Disorder, which manifests itself with auditory command hallucinations and suicidiality.  Apparently, he suffered from such hallucinations a month before and a month after he entered his plea of guilty to the charge.  It appears that he *may* have been medicated during the time when counsel advised him concerning the plea and the court took the plea, but further investigation is necessary to so determine.  Taken completely unaware, counsel must take some time to evaluate whether Mr. Johnson, indeed, understands and knowingly and voluntarily pled guilty or if any other step is warranted, such as a competency evaluation, or some other evaluatory process. Unfortunately, Mr. Johnson is housed at the Alameda County Jail at Santa Rita.  That facility has extremely limited hours for attorney visiting.  Counsel will attempt to determine the depth of this problem in short order.

As a result of the late breaking revelation, the government has graciously agreed to allow counsel time to evaluate the issues presented by the news, and to stipulate to the requested continuance.

IT IS SO STIPULATED.


DATED:  September 29, 2008

/s/_____
WILLIAM FRENTZEN
Assistant United States Attorney

DATED:  September 29, 2008

/s/_____
GERI LYNN GREEN
Attorney for Prince Johnson

Stipulation and Proposed Order- U.S. v. Johnson  CR 07-0156 MMC

1
2  IT IS SO ORDERED, with the exception that the sentencing hearing is continued to November 12, 2008.
3  DATED: September 29, 2008
4
5  _____
   THE HON. MAXINE M. CHESNEY
   United States Chief District Judge
6
7  \\Greenlawserv\shared documents\Clients\CRIMINAL CASES\Prince Johnson\PLEADINGS, etc\Stip to Continue J and S.bc.wpd

Stipulation and Proposed Order- U.S. v. Johnson  CR 07-0156 MMC